```
BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull III, SBN 141996
Eugene A. Brodsky, SBN 36691
Jennifer L. Fiore, SBN 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone:  (415) 399-9191
Facsimile:  (415) 399-9192

Attorneys for Claimant-Respondent
TIMOTHY J. HORGER


STEEFEL, LEVITT & WEISS
Barry W. Lee, SBN 88685
One Embarcadero Center, 30th Floor
San Francisco, California 94111-3719
Telephone: (415) 788-0900
Facsimile: (415) 788-2019

Attorneys for Defendants
PRONAV SHIP MANAGEMENT, INC.
```

**IT IS SO ORDERED**
**Judge Fern M. Smith**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. HORGER,<br><br>Plaintiff,<br><br>vs.<br><br>PRONAV SHIP MANAGEMENT, INC., WILMINGTON TRUST CO, and U.S. TRUST CORPORATION,<br><br>Defendants.<br>_____ | Case No.: C 04-2780 FMS (MEJ)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      The parties to the above-entitled action, Timothy J. Horger and Pronav Ship Management, Inc., by and through their counsel of record, hereby stipulate to continue the case management conference set for June 16, 2005. The parties respectfully request that the case management conference be continued until after the parties have had the opportunity to participate in a settlement conference.

1

On February 8, 2005, the Court referred the parties to a Magistrate Judge for the settlement conference. The case was assigned to the Honorable Maria-Elena James. Judge James set a settlement conference for September 12, 2005, at 2:00 p.m.

The parties are attempting to resolve the matter before the settlement conference. On April 7, 2005, in furtherance of defense counsel, Barry Lee's request, plaintiff's counsel forwarded a detailed settlement demand and evaluation letter Mr. Lee.

Based on the foregoing, the parties respectfully request that the case management conference be continued for approximately 90 days.

Dated: June 9, 2005         BANNING MICKLOW BULL & LOPEZ LLP

                            By:    /S/ Jennifer L. Fiore
                                EDWARD M. BULL III
                                EUGENE A. BRODSKY
                                JENNIFER L. FIORE
                                Attorneys for Plaintiff
                                TIMOTHY J. HORGER

Dated: June 9, 2005         STEEFEL, LEVITT & WEISS

                            By:    /S/ Barry W. Lee
                                BARRY W. LEE
                                Attorneys for Defendant
                                PRONAV SHIP MANAGEMENT, INC.

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

The case management conference set for June 16, 2005, is taken off calendar. A new conference date should be set soon after the September 12, 2005 settlement conference once the case is reassigned.

Dated: ___June 10___, 2005  _____
                            THE HONORABLE FERN M. SMITH
                            UNITED STATES DISTRICT JUDGE