United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22

**ORDER OF THE CHIEF JUDGE**
**RE:  REASSIGNMENT OF CASES**
**PENDING BEFORE**
**THE HONORABLE FERN M SMITH**
_____/

**No**    C 03-5777  **FMS**
C 04-0297  **FMS**
C 04-0672  **FMS**
C 04-1291  **FMS**
C 04-1907  **FMS**
C 04-2269  **FMS**
C 04-2780  **FMS**
C 04-3474  **FMS**
C 04-3699  **FMS**
C 04-3715  **FMS**
C 04-3781  **FMS**
C 04-3927  **FMS**
C 04-4041  **FMS**
C 04-4448  **FMS**
C 04-4854  **FMS**
C 04-4941  **FMS**
C 04-5187  **FMS**
C 04-5307  **FMS**
C 04-5413  **FMS**
C 04-5511  **FMS**
C 05-0157  **FMS**
C 05-0223  **FMS**
C 05-0293  **FMS**
C 05-0533  **FMS**
C 05-0623  **FMS**

23
24
25

**Because the Honorable Fern M Smith, to whom the above cases were assigned, will retire effective June 30, 2005, these cases are re-assigned as follows:**

26
27
28

**On or before July 29, 2005, the parties may select one or more of the following magistrate judges to conduct any and all proceedings, including trial and entry of judgment pursuant to 28 USC § 636(c)(1):**

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Honorable James Larson, Chief Magistrate Judge

Honorable Edward M Chen, Magistrate Judge

Honorable Maria-Elena James, Magistrate Judge

Honorable Elizabeth D Laporte,  Magistrate Judge

Honorable Joseph C Spero,  Magistrate Judge

Honorable Bernard Zimmerman,  Magistrate Judge

Upon filing with the court a selection and consent form signed by all parties (or one for each party), the case will be re-assigned to one of the magistrate judges chosen by the parties.  A magistrate judge selection and consent form is attached for the parties' convenience.

In the event the parties fail timely to consent to a magistrate judge, the clerk is directed to re-assign the case to a Unites States district judge selected at random from the active and senior judges of the court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

8
9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

                    **Plaintiff,**                 **No C _____ FMS**

12
        **v**                                        **SELECTION OF AND CONSENT**

13
                                                          **TO PROCEED BEFORE A**
                                                          **MAGISTRATE JUDGE**

14
15
                    **Defendant.**

_____/

16
17
         In accordance with the provisions of 28 USC § 636(c), all parties to this

18
action hereby consent to have Magistrate Judge(s) _____, or

19
_____, or _____ conduct any and all

20
further proceedings in the case, including trial, and order the entry of a final

21
judgment.  Appeal from the judgment shall be taken directly to the United States

22
Court of Appeals for the Ninth Circuit.

23
24
25
**Dated:** _____      _____
                                                    **Signature**

26
27
                                                      **Counsel for** _____
                                                      *(name of party, indicate plaintiff or defendant)*

28

United States District Court

For the Northern District of California

1

2  Dated: _____          _____
                                              **Signature**
3                                             **Counsel for** _____
                                              *(name of party, indicate plaintiff or defendant)*
4

5  Dated: _____          _____
                                              **Signature**
6                                             **Counsel for** _____
                                              *(name of party, indicate plaintiff or defendant)*
7

8                                             _____
   Dated: _____
9                                             **Signature**

10                                            **Counsel for** _____
                                              *(name of party, indicate plaintiff or defendant)*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28